IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(CENTRAL DIVISION)

| | |
|---|---|
| DES MOINES INDEPENDENT COMMUNITY SCHOOL DISTRICT,<br><br>　　　Plaintiff,<br><br>v.<br><br>ONE-FOURTH CONSULTING, LLC d/b/a JG CONSULTING,<br><br>　　　Defendant. | CASE NO. 4:25-cv-0430-RGE-HCA<br><br>**ONE-FOURTH CONSULTING, LLC'S MOTION FOR LEAVE TO AMEND ANSWER AND TO BRING COUNTERCLAIM AND ADD THIRD PARTY** |

COMES NOW, Defendant, One-Fourth Consulting, LLC d/b/a JG Consulting, by and through the undersigned counsel, pursuant to Federal Rules of Civil Procedure 14(a), 15(a)(2) and Local Rules 14 and 15, and in support of its Unresisted Motion for Leave to Amend Answer, states as follows:

　　　1.　　On October 3, 2025, Plaintiff Des Moines Independent Community School District filed a Petition at Law and Jury Demand in Iowa District Court in and for Polk County.

　　　2.　　On October 30, 2025, Defendant One-Fourth Consulting, LLC removed the case to this Court on diversity jurisdiction basis pursuant to 28 U.S.C. § 1441(b).

　　　3.　　On November 6, 2025, Defendant filed its Answer and Affirmative Defenses.

　　　4.　　During the course of the investigation into Plaintiff's allegations, it has become apparent that if accountability is found against a party other than Plaintiff itself, Baker-Eubanks, LLC, the third party entity that conducted an employment background check on Ian Roberts before Plaintiff chose to hire him, likely shares some or all measure of responsibility for the claimed damages.

5. Accordingly, Defendant seeks to amend its Answer to seek contribution against Baker-Eubanks.

6. In addition, Defendant seeks to add a counterclaim based on defamatory statements made by the Des Moines Independent Community School District and its agents.

7. Pursuant to Local Rule 7(k), counsel for Defendant conferred with Plaintiff's counsel via telephone. Counsel for Plaintiff advised that the Plaintiff does not object to this Motion.

8. Defendant has attached a proposed Third-Party Complaint, which is incorporated into this Motion by this reference.

9. Defendant has also attached a proposed counterclaim, also incorporated into this Motion by this reference.

10. Under Rule 15, courts are directed to "freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). The denial of a motion for leave to amend "is appropriate only in those limited circumstances in which undue delay, bad faith on the part of the moving party, futility of the amendment, or unfair prejudice to the non-moving party can be demonstrated." *Roberson v. Hayti Policy Dep't*, 241 F.3d 992, 996 (8th Cir. 2001).

11. In this case, none of those limited circumstances are present.

12. The amendment is in advance of the applicable February 13, 2026 deadline to amend pleadings and add new parties. (Dkt. 17).

WHEREFORE, Defendant, One-Fourth Consulting, LLC d/b/a JG Consulting, respectfully requests the Court grant its Unresisted Motion for Leave to Amend Answer.

**Certificate of Service**

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed as receiving notice on February 13, 2026, by CM/ECF.

*/s/ Traci Haenzi*

Copy to
Jason M. Craig
AHLERS & COONEY, PC
100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
jcraig@ahlerslaw.com
ATTORNEY FOR PLAINTIFF

GREFE & SIDNEY, P.L.C.

By: /s/ *Mark W. Thomas*
Mark W. Thomas, AT0007832

By: /s/ *Benjamin T. Erickson*
Benjamin T. Erickson, AT0012927

500 E. Court Ave., Ste. 200
Des Moines, IA
50309 Phone: 515/245-4300
Fax: 515/245-4452
mthomas@grefesidney.com
berickson@grefesidney.com

JACKSON WALKER, LLP

By: /s/ *Joshua A. Romero*
Joshua A. Romero, admitted *Pro Hac Vice*
Texas Bar No. 24046754

By: /s/ *Sean F. Gallagher*
Sean F. Gallagher, admitted *Pro Hoc Vice*
Texas Bar No. 24101781

100 Congress Avenue, Suite 1100
Austin, Texas 78701
Telephone: (512) 236-2000
Fax: (512) 236-2002

jromero@jw.com
sgallagher@jw.com

ATTORNEYS FOR ONE-FOURTH CONSULTING, LLC