IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(CENTRAL DIVISION)

| | |
|---|---|
| DES MOINES INDEPENDENT COMMUNITY SCHOOL DISTRICT,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>ONE-FOURTH CONSULTING, LLC d/b/a JG CONSULTING,<br><br>Defendant/Counterclaim Plaintiff. | CASE NO. 4:25-cv-0430-RGE-HCA<br><br>**ONE-FOURTH CONSULTING, LLC'S THIRD-PARTY COMPLAINT AGAINST BAKER-EUBANKS, LLC** |
| ONE-FOURTH CONSULTING, LLC d/b/a JG CONSULTING,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>BAKER-EUBANKS, LLC,<br><br>Third-Party Defendant. | |

COMES NOW, Defendant, One-Fourth Consulting, LLC d/b/a JG Consulting, by and through the undersigned counsel, and for its Third-Party Complaint against Baker-Eubanks, LLC, states as follows:

**PARTIES**

1. On October 3, 2025, Plaintiff Des Moines Independent Community School District filed a Petition at Law and Jury Demand in Iowa District Court in and for Polk County.

2. On October 30, 2025, Defendant/Third Party Plaintiff One-Fourth Consulting, LLC removed the case to this Court on diversity jurisdiction basis pursuant to 28 U.S.C. § 1441(b).

3. Following removal, One-Fourth Consulting, LLC filed its Answer and Affirmative Defenses.

4. One-Fourth Consulting, LLC is a citizen of the State of Texas, with its principal place of business in Texas.

5. Baker-Eubanks, LLC is a limited liability company organized under the laws of Illinois with its principal place of business located in North Carolina.

## JURISDICTION & VENUE

6. The Court has personal and subject-matter jurisdiction of this matter. Third-Party Defendant Baker-Eubanks, LLC is a corporation organized under the laws of Illinois and its principal place of business is located in North Carolina. Consequently, the addition of Third-Party Defendant does not destroy the Court's diversity jurisdiction in this case.

7. Upon information and belief, Baker-Eubanks, LLC has done business in the State of Iowa, is doing business and providing commercial services in the State of Iowa directly, and through other means, placing their products and services in the stream of commerce, and deriving revenues from ongoing and continuous sales of its products and services in Iowa.

8. Accordingly, venue is proper in the United States District Court for the Southern District of Iowa.

## BACKGROUND FACTS

9. One-Fourth Consulting, LLC is a nationally recognized consulting firm that specializes in providing educational consulting services to public schools through executive searches, strategic planning, and leadership development.

10. Baker-Eubanks, LLC is a national firm that provides executive due diligence and background screening services.

11.     Baker-Eubanks, LLC holds itself out as being able to uncover falsified educational credentials, stating: "[e]ducational credentials are one of the most frequently falsified pieces of information on senior-level resumes. This service provides verification of degrees earned, dates of award, and areas of concentration. When information inconsistent with the candidate's resume is found, university department heads, deans and other qualified individuals are contacted to gather further information." https://bakereubanks.com/services/

12.     On or about December 13, 2015, One-Fourth Consulting, LLC entered into a letter of agreement with Baker-Eubanks, LLC, in which Baker-Eubanks, LLC agreed to provided pre-employment background investigation to One-Fourth Consulting, LLC in connection with its executive search services.

13.     On or about January 3, 2023, Des Moines Independent Community School District retained One-Fourth Consulting, LLC to assist in its search for a new superintendent.

14.     Pursuant to the letter of understanding between One-Fourth Consulting, LLC and Baker-Eubanks, LLC, Baker-Eubanks, LLC conducted pre-employment background investigations on the prospective superintendent candidates for the Des Moines Independent Community School District, including Ian Roberts.

15.     The background screening conducted by Baker-Eubanks, LLC identified Ian Roberts as a suitable candidate for the superintendent position, failing to identify, uncover, and disclose certain information, including but not limited to information pertaining to his immigration status and educational credentials, that may have affected the ultimate hiring decision.

16.     In May 2023, Des Moines Independent Community School District chose to hire Ian Roberts as its superintendent.

17.     In September 2025, Ian Roberts was arrested by U.S. Immigration and Customs Enforcement and subsequently federally charged with making a false statement for employment and being an illegal alien in possession of a firearm.

18.     Ian Roberts has since pled guilty to the aforementioned charges.

19.     On October 3, 2025, Des Moines Independent Community School District filed a Petition at Law against One-Fourth Consulting, LLC, claiming One-Fourth Consulting, LLC failed to properly vet Ian Roberts.

20.     One-Fourth Consulting, LLC continues to deny any liability to Plaintiff. Plaintiff had the sole legal duty and ability to verify Mr. Roberts' immigration and work-eligibility status, and it apparently failed do so. Plaintiff cannot shift blame for this failure on One-Fourth Consulting, LLC, since One Fourth Consulting, LLC was not Mr. Roberts' employer. But in the unlikely event recovery is made against One-Fourth Consulting, LLC, then as the entity who actually performed the employment background check on Ian Roberts, Baker-Eubanks, LLC is responsible, in whole or in part, for the injuries and damages alleged against One-Fourth Consulting, LLC.

**COUNT 1 - CONTRIBUTION**

21.     One-Fourth Consulting, LLC incorporates by reference all preceding paragraphs.

22.     Pursuant to Iowa Code § 668.5, a right of contribution exists between or among parties who are liable upon the same indivisible claim for the same injury.

23.     Pursuant to Iowa Code § 668.6, in the unlikely event One-Fourth Consulting, LLC is found in any way liable with respect to the damages claimed by Des Moines Independent Community School District, which liability is expressly denied, One-Fourth Consulting, LLC is

entitled to contribution in its favor and against Baker-Eubanks, LLC for its pro rata share of liability for such occurrence.

WHEREFORE, Defendant/Third-Party Plaintiff One-Fourth Consulting, LLC respectfully request Third Party Defendant Baker-Eubanks, LLC be held proportionally liable or responsible for damages, if any, awarded to Plaintiff Des Moines Independent Community School District, for contribution, and for such further and additional relief as the Court deems just and appropriate under the circumstances.

### COUNT 2 - NEGLIGENCE

24. One-Fourth Consulting, LLC incorporates by reference all preceding paragraphs.

25. At all times relevant hereto, Baker-Eubanks, LLC, a business with specialized knowledge in the area of executive due diligence and background screening services, had a duty to exercise reasonable care.

26. Baker-Eubanks, LLC breached its duty to exercise reasonable care by failing to identify, uncover, and disclose certain information regarding Ian Roberts' background to One-Fourth Consulting, LLC and/or Des Moines Independent Community School District, including but not limited to information pertaining to Mr. Roberts' immigration status and educational credentials.

27. Baker-Eubanks, LLC's negligence was a substantial factor in the cause of the damages alleged by Des Moines Independent Community School District.

WHEREFORE, Defendant/Third-Party Plaintiff One-Fourth Consulting, LLC respectfully request Third Party Defendant Baker-Eubanks, LLC be held proportionally liable or responsible for damages, if any, awarded to Plaintiff Des Moines Independent Community School District, for

negligence, and for such further and additional relief as the Court deems just and appropriate under the circumstances.

## COUNT 3 - BREACH OF CONTRACT

28. One-Fourth Consulting, LLC incorporates by reference all preceding paragraphs.

29. On or about December 13, 2015, One-Fourth Consulting, LLC entered into a written contract with Baker-Eubanks, LLC.

30. Pursuant to said contract, Baker-Eubanks, LLC was obligated to provide pre-employment background investigation services One-Fourth Consulting, LLC.

31. Baker-Eubanks, LLC breached the aforementioned written contract by failing to perform the agreed upon pre-employment background investigation services on candidate Ian Roberts.

32. As a direct result of Baker-Eubanks, LLC's material breach, One-Fourth Consulting, LLC has suffered damages.

33. One-Fourth Consulting, LLC performed all of its obligations under the contract.

WHEREFORE, Defendant/Third-Party Plaintiff One-Fourth Consulting, LLC respectfully request Third Party Defendant Baker-Eubanks, LLC be held proportionally liable or responsible for damages, if any, awarded to Plaintiff Des Moines Independent Community School District, for breach of contract, and for such further and additional relief as the Court deems just and appropriate under the circumstances.

## COUNT 4 - BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

34. One-Fourth Consulting, LLC incorporates by reference all preceding paragraphs.

35. On or about December 13, 2015, One-Fourth Consulting, LLC entered into a written contract with Baker-Eubanks, LLC.

36. The contract contained an implied covenant of good faith and fair dealing, requiring Baker-Eubanks, LLC to perform its obligations in a manner that would not destroy or injure the right of the other party to receive the benefit of the contract.

37. The implied covenant further required Baker-Eubanks, LLC to perform its obligations in a reasonable, proper, and effective manner.

38. Baker-Eubanks, LLC breached this implied covenant by failing to identify, uncover, and disclose certain information regarding Ian Roberts background to One-Fourth Consulting, LLC and/or Des Moines Independent Community School District, including but not limited to information pertaining to Mr. Roberts' immigration status and educational credentials.

39. As a direct result of Baker-Eubanks, LLC's breach of the implied covenant of good faith and fair dealing, One-Fourth Consulting, LLC has suffered damages.

WHEREFORE, Defendant/Third-Party Plaintiff One-Fourth Consulting, LLC respectfully request Third Party Defendant Baker-Eubanks, LLC be held proportionally liable or responsible for damages, if any, awarded to Plaintiff Des Moines Independent Community School District, for breach of the implied covenant of good faith and fair dealing, and for such further and additional relief as the Court deems just and appropriate under the circumstances.

## JURY DEMAND

COMES NOW Defendant/Third-Party Plaintiff One-Fourth Consulting, LLC, and respectfully requests a trial by jury on all issues involved herein.

**Certificate of Service**

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed as receiving notice on February 13, 2026, by CM/ECF.

*/s/ Traci Haenzi*

Copy to
Jason M. Craig
AHLERS & COONEY, PC
100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
jcraig@ahlerslaw.com
ATTORNEY FOR PLAINTIFF

GREFE & SIDNEY, P.L.C.

By: /s/ *Mark W. Thomas*
Mark W. Thomas, AT0007832

By: /s/ *Benjamin T. Erickson*
Benjamin T. Erickson, AT0012927

500 E. Court Ave., Ste. 200
Des Moines, IA
50309 Phone: 515/245-4300
Fax: 515/245-4452
mthomas@grefesidney.com
berickson@grefesidney.com

JACKSON WALKER, LLP

By: /s/ *Joshua A. Romero*
Joshua A. Romero, admitted *Pro Hac Vice*
Texas Bar No. 24046754

By: /s/ *Sean F. Gallagher*
Sean F. Gallagher, admitted *Pro Hoc Vice*
Texas Bar No. 24101781

100 Congress Avenue, Suite 1100
Austin, Texas 78701
Telephone: (512) 236-2000
Fax: (512) 236-2002

jromero@jw.com
sgallagher@jw.com

ATTORNEYS FOR ONE-FOURTH CONSULTING, LLC