# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| DES MOINES INDEPENDENT COMMUNITY SCHOOL DISTRICT, <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> ONE-FOURTH CONSULTING, LLC d/b/a JG CONSULTING, <br><br> Defendant/Counterclaim Plaintiff. | CASE NO. 4:25-cv-0430-RGE-HCA <br><br><br><br><br><br> **ONE-FOURTH CONSULTING, LLC D/B/A JG CONSULTING AND BAKER-EUBANKS, INC.'S STIPULATION FOR COURT ORDER** |
| ONE-FOURTH CONSULTING, LLC d/b/a JG CONSULTING, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> BAKER-EUBANKS, LLC, <br><br> Third-Party Defendant. | |

COME NOW Defendant and Third-Party Plaintiff One-Fourth Consulting, LLC d/b/a JG Consulting ("JG") and proposed Third-Party Defendant Baker-Eubanks, Inc. ("Baker") who stipulate and agree that the Court may enter the following Order:

1. Because of certain irregularities in the services of process upon Baker, the Return of Service is vacated;

2.    Because of certain errors in the Third-Party Complaint of JG against Baker, JG shall be allowed to amend its Third-Party Complaint and file its First Amended Third-Party Complaint;

3.    JG shall file its First Amended Third-Party Complaint against Baker by April 17, 2026;

4.    The law firm representing Baker shall accept service of the First Amended Third-Party Complaint upon the filing of the First Amended Third-Party Complaint; and

5.    Baker shall answer, plead or otherwise respond to JG's First Amended Third-Party Complaint fourteen (14) days after receipt of service of the First Amended Third-Party Complaint.

Dated: April 9, 2026

By: */s/ Thomas J. Joensen*
Thomas J. Joensen AT0003868
Tyler R. Smith AT0013123
GORDAN REES SCULLY MANSUKHANI
1701 Ruan Center
666 Grand Avenue
Telephone: (515) 204-2845
Facsimile:  (515) 724-5801
E-Mail: tjoensen@grsm.com
         trsmith@grsm.com

*Attorneys for Defendant One-Fourth Consulting, LLC, d/b/a JG Consulting*

By: */s/ Conner R. Tieszen*
Frank A. Taylor, AT0005489 / AT0016333
Conner R. Tieszen, AT0014987
LEWIS BRISBOIS BISGAARD & SMITH LLP
Wells Fargo Center
90 S 7th St, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 428-5040
E-Mail: Frank.Taylor@lewisbrisbois.com
         Conner.Tieszen@lewisbrisbois.com

*Attorneys for Third-Party Defendant Baker-Eubanks, Inc.*

SO ORDERED ON THE __ DAY OF April, 2026.

BY THE COURT:

_____
United States District Judge