**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| DES MOINES INDEPENDENT COMMUNITY SCHOOL DISTRICT, <br><br>     Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> ONE-FOURTH CONSULTING, LLC d/b/a JG CONSULTING, <br><br>     Defendant/Counterclaim Plaintiff/ Third-Party Plaintiff <br><br> v. <br><br> BAKER-EUBANKS, INC., <br><br>     Third-Party Defendant. | CASE NO. 4:25-CV-00430-RGE-HCA <br><br><br> **JOINT STATUS REPORT OF PLAINTIFF AND DEFENDANT** |

Plaintiff Des Moines Independent Community School District and Defendant One-Fourth Consulting, LLC, pursuant to the Court's December 11, 2025 Order Setting Status Conferences, have conferred and jointly submit the following topics for discussion at the April 30, 2026 status conference:

1.     **Status of Discovery Responses.** The status of JG Consulting's responses to Plaintiff's written discovery requests, which have been delayed and are expected to require additional time to complete.

2.     **Expert Witness Deadlines and Scheduling Order.** The current expert disclosure deadlines, including Plaintiff's May 4, 2026 deadline, and whether amendments to the Scheduling Order are appropriate in light of the status of discovery and the addition of a third-party defendant.

1

3.    **Protective Order.**    Entry of a protective order governing the handling of confidential information.

/s/ *Thomas J. Joensen*
Thomas J. Joensen AT0003868
Tyler R. Smith AT0013123
GORDON REES SCULLY MANSUKHANI
1701 Ruan Center
666 Grand Avenue
Telephone:  (515) 204-2845
Facsimile:  (515) 724-5801
tjoensen@grsm.com
trsmith@grsm.com

Mark W. Thomas, AT0007832
Benjamin T. Erickson, AT0012927
GREGE & SIDNEY, P.L.C.
500 E. Court Ave., Ste. 200
Des Moines, IA
50309 Phone: 515/245-4300
Fax: 515/245-4452
mthomas@grefesidney.com
berickson@grefesidney.com

Joshua A. Romero
Sean F. Gallagher
JACKSON WALKER, LLP
100 Congress Avenue, Suite 1100
Austin, Texas 78701
Telephone: (512) 236-2000
Fax: (512) 236-2002
jromero@jw.com
sgallagher@jw.com
ATTORNEYS FOR DEFENDANT /
COUNTERCLAIM PLAINTIFF / THIRD-
PARTY PLAINTIFF ONE-FOURTH
CONSULTING, LLC

/s/ *Jason M. Craig*
Jason M. Craig (AT0001707)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
Telephone:  515/243-7611
Facsimile:  515/243-2149
jcraig@ahlerslaw.com

Katie L. Graham
Briana L. Long
Dana W. Hempy
NYEMASTER GOODE, P.C.
700 Walnut, Ste. 1300
Des Moines, IA 50309
Telephone: (515) 283-3100
Facsimile: (515) 283-8045
klgraham@nyemaster.com
bllong@nyemaster.com
dhempy@nyemaster.com
ATTORNEYS FOR PLAINTIFF /
COUNTERCLAIM DEFENDANT DES
MOINES INDEPENDENT COMMUNITY
SCHOOL DISTRICT

4929-2729-4630-2\10390-408

2