# PLACEHOLDER

# COCKERHAM EXHIBIT A

**Sealed Document**