## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| DES MOINES INDEPENDENT COMMUNITY SCHOOL DISTRICT, <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> ONE-FOURTH CONSULTING, LLC d/b/a JG CONSULTING, <br><br> Defendant/Counterclaim Plaintiff. | Case No. 4:25-cv-0430-RGE-HCA |
| ONE-FOURTH CONSULTING, LLC d/b/a JG CONSULTING, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> BAKER-EUBANKS, INC, <br><br> Third-Party Defendant. | |

## DECLARATION OF CONNER R. TIESZEN

I, Conner R. Tieszen, Esq., declare as follows:

1.     I am an attorney at Lewis Brisbois Bisgaard & Smith, and I am one of the counsel for Third-Party Defendant Baker-Eubanks, Inc. in the above-referenced matter.

2.     I submit this Declaration in support of Baker-Eubanks Inc.'s Fed. R. Civ. P. 12(f) Motion to Strike and Fed. R. Civ. P. 12(b)(6) Motion to Dismiss or, in the alternative, Motion for More Definite Statement pursuant to Fed. R. Civ. P. 12(e).

1

3.    Attached hereto as **Exhibit A** and incorporated herein by this reference is a true and correct copy of a May 4, 2026, electronic communication between One-Fourth Consulting, LLC d/b/a JG Consulting's counsel of record and Baker-Eubanks, Inc.'s counsel of record.

4.    Attached hereto as **Exhibit B** is a true and correct copy of the [Proposed] Order Granting Third-Party Defendant's Motion to Strike pursuant to Fed. R. Civ. P. 12(f).

5.    Attached as **Exhibit C** and incorporated herein by this reference is a true and correct copy of Des Moines Public School's News Release, entitled "Announcing our New Superintendent: Dr. Ian Roberts," found here: Announcing our New Superintendent: Dr. Ian Roberts - Des Moines Public Schools.

6.    Attached hereto as **Exhibit D** and incorporated herein by this reference is a true and correct copy of the fully-executed December 16, 2022, "Executive Search Agreement" between Des Moines Independent Community School District and One-Fourth Consulting, LLC d/b/a JG Consulting, and Bates-labeled DISTRICT003462-003465.

I declare under penalty of perjury under the laws of Minnesota and of the United States of America that foregoing is true and correct.

Date: May 13, 2026                          */s/ Conner R. Tieszen*
                                            Conner R. Tieszen