## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| DES MOINES INDEPENDENT COMMUNITY SCHOOL DISTRICT,<br><br>　　　Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>ONE-FOURTH CONSULTING, LLC d/b/a JG CONSULTING,<br><br>　　　Defendant/Counterclaim Plaintiff.<br><br>ONE-FOURTH CONSULTING, LLC d/b/a JG CONSULTING,<br><br>　　　Third-Party Plaintiff,<br><br>v.<br><br>BAKER-EUBANKS, INC,<br><br>　　　Third-Party Defendant. | Case No. 4:25-cv-0430-RGE-HCA<br><br><br>**THIRD-PARTY DEFENDANT BAKER-EUBANKS, INC.'S CORPORATE DISCLOSURE/STATEMENT OF INTEREST** |

This Corporate Disclosure statement is filed on behalf of Third-Party Defendant Baker-Eubanks, Inc. in compliance with the provisions of the Federal Rule of Civil Procedure 7.1(a)(1) and Local Rules 7.1 and 81(c), (d), and (e), which provides that a nongovernmental corporate party, or intervenor, to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

**The filing party, or intervenor, hereby declares as follows:**

Baker-Eubanks, Inc. does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

1

Baker-Eubanks, Inc. has no relationship with Baker-Eubanks, LLC.

Baker-Eubanks, Inc. has no relationship with Wentworth-Dixon and Associates, LLC.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated May 18, 2026

*/s/ Conner R. Tieszen*
Frank A. Taylor, IA #AT0005489 / AT0016333
Conner R. Tieszen, IA #AT0014987
Aiyana M. Davis (*Pro Hac Vice*)
LEWIS BRISBOIS BISGAARD & SMITH LLP
90 S. 7th Street, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 428-5000
Facsimile:  (612) 428-5001
Email: Frank.Taylor@lewisbrisbois.com
        Conner.Tieszen@lewisbrisbois.com
        Aiyana.Davis@lewisbrisbois.com

*Attorneys for Baker-Eubanks, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the forgoing instrument was served upon the parties to this

action by serving a copy upon each of the attorneys listed as receiving notice on May 18, 2026 via

PACER:

Thomas J. Joensen AT0003868
Tyler R. Smith AT0013123
Alexander G. Scanlon AT0016158
GORDON      REES      SCULLY
MANSUKHANI
1701 Ruan Center
666 Grand Avenue
Telephone: (515) 204-2845
Facsimile: (515) 724-5801
tjoensen@grsm.com
trsmith@grsm.com
ascanlon@grsm.com

Mark W. Thomas, AT0007832
Benjamin T. Erickson, AT0012927
GREGE & SIDNEY, P.L.C.
500 E. Court Ave., Ste. 200
Des Moines, IA
50309 Phone: 515/245-4300
Fax: 515/245-4452
mthomas@grefesidney.com
berickson@grefesidney.com

Joshua A. Romero
Sean F. Gallagher
JACKSON WALKER, LLP
100 Congress Avenue, Suite 1100
Austin, Texas 78701
Telephone: (512) 236-2000
Fax: (512) 236-2002
jromero@jw.com
sgallagher@jw.com

Jason M. Craig (AT0001707)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
Telephone: 515/243-7611
Facsimile: 515/243-2149
jcraig@ahlerslaw.com

Katie L. Graham
Briana L. Long
Dana W. Hempy
NYEMASTER GOODE, P.C.
700 Walnut, Ste. 1300
Des Moines, IA 50309
Telephone: (515) 283-3100
Facsimile: (515) 283-8045
klgraham@nyemaster.com
bllong@nyemaster.com
dhempy@nyemaster.com

*/s/ Conner R. Tieszen*
Conner R. Tieszen