**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| DES MOINES INDEPENDENT COMMUNITY SCHOOL DISTRICT,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>ONE-FOURTH CONSULTING, LLC d/b/a JG CONSULTING,<br><br>Defendant/Counterclaim Plaintiff.<br><br>ONE-FOURTH CONSULTING, LLC d/b/a JG CONSULTING,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>BAKER-EUBANKS, INC,<br><br>Third-Party Defendant. | Case No. 4:25-cv-0430-RGE-HCA<br><br><br><br>**THIRD-PARTY DEFENDANT BAKER-EUBANKS, INC.'S NOTICE OF REPLY MEMORANDUM DEADLINE** |

COMES NOW Third-Party Defendant, Baker-Eubanks, Inc., by and through its counsel, and hereby gives notice that pursuant to the Court's May 5, 2026, Text Order (ECF No. 46), Baker-Eubanks, Inc. will file its Reply Memorandum of Law in Support of the Fed. R. Civ. P. 12(f) Motion to Strike and the Fed. R. Civ. P. 12(b)(6) Motion to Dismiss or, in the alternative, Fed. R. Civ. P. 12(e) Motion for More Definite Statement on or before June 27, 2026 (the "Notice").

In support of this Notice, Baker-Eubanks, Inc. states and alleges as follows:

1. On May 5, 2026, the Court entered a Text Order, which provided the following deadlines:

1

(i)      Baker-Eubanks, Inc. had until May 13, 2026, to answer, plead or otherwise respond to One-Fourth Consulting, LLC d/b/a JG Consulting's ("JG Consulting") Amended Third-Party Complaint

(ii)     Should Baker-Eubanks, Inc. move against the Amended Third-Party Complaint, JG Consulting had until June 13, 2026, to respond.

(iii)    In the event Baker-Eubanks, Inc. moved against the Amended Third-Party Complaint, Baker-Eubanks, Inc.'s deadline to reply is **June 27, 2026**.

ECF No. 46.

2.       On May 13, 2026, Baker-Eubanks, Inc. timely filed its Fed. R. Civ. P. 12(f) Motion to Strike and Fed. R. Civ. P. 12(b)(6) Motion to Dismiss or, in the alternative, Fed. R. Civ. P. 12(e) Motion for More Definite Statement (the "Motion").

3.       On June 13, 2026,  JG Consulting timely filed its response to the Motion.

4.       However, upon JG Consulting filing its response, PACER automatically generated a notice that Baker-Eubanks, Inc.'s reply is due by June 22, 2026.

5.       Therefore, due to PACER's automatic generation, Baker-Eubanks, Inc. files this Notice.

6.       Pursuant to the Court's May 5, 2026, Text Order, Baker-Eubanks, Inc. intends to file its reply on or before June 27, 2026.

Dated June 18, 2026

/s/ Conner R. Tieszen
Frank A. Taylor, IA #AT0005489 / AT0016333
Conner R. Tieszen, IA #AT0014987
Aiyana M. Davis (*Pro Hac Vice*)
LEWIS BRISBOIS BISGAARD & SMITH LLP
90 S. 7th Street, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 428-5000

Facsimile:  (612) 428-5001
Email: Frank.Taylor@lewisbrisbois.com
        Conner.Tieszen@lewisbrisbois.com
        Aiyana.Davis@lewisbrisbois.com

*Attorneys for Baker-Eubanks, Inc.*