**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| DES MOINES INDEPENDENT COMMUNITY SCHOOL DISTRICT, <br><br>     Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> ONE-FOURTH CONSULTING, LLC d/b/a JG CONSULTING, <br><br>     Defendant/Counterclaim Plaintiff/ Third-Party Plaintiff <br><br> v. <br><br> BAKER-EUBANKS, INC., <br><br>     Third-Party Defendant. | CASE NO. 4:25-CV-00430-RGE-HCA <br><br><br> **STATUS REPORT** |

Plaintiff Des Moines Independent Community School District, by and through undersigned counsel, submits the following Status Report pursuant to the Court's Order Setting Status Conferences (ECF No. 14).

Counsel for Plaintiff has conferred with counsel for Defendant and Third-Party Defendant regarding the upcoming status conference scheduled for June 24, 2026. The parties agree that there are no issues or matters requiring the Court's attention at this time, the parties are on track with respect to current deadlines, and the status conference may therefore be cancelled.

1

/s/ Jason M. Craig
Jason M. Craig (AT0001707)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
Telephone: (515) 243-7611
Facsimile: (515) 243-2149
Email: jcraig@ahlerslaw.com
ATTORNEYS FOR PLAINTIFF DES
MOINES INDEPENDENT COMMUNITY
SCHOOL DISTRICT

Electronically filed and served on:

Mark W. Thomas
Benjamin T. Erickson
GREFE & SIDNEY, P.L.C.
500 E. Court Ave., Ste. 200
Des Moines, IA 50309
mthomas@grefesidney.com
berickson@grefesidney.com

Joshua A. Romero
Sean F. Gallagher
JACKSON WALKER, LLP
100 Congress Avenue, Suite 1100
Austin, TX 78701
jromero@jw.com
sgallagher@jw.com

Thomas J. Joensen
Tyler R. Smith
GORDON REES SCULLY
MANSUKHANI
1701 Ruan Center
666 Grand Avenue
Des Moines, IA 50309
tjoensen@grsm.com
trsmith@grsm.com
ATTORNEYS FOR DEFENDANT

Katie L. Graham
Brianna L. Long
Dana W. Hempy
NYEMASTER GOODE, P.C.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on:    June 22, 2026

By: ☐ U.S. Mail ☐ Fax
☐ Hand delivery ☐ Private Carrier
☒ Electronically (*via CM-ECF*) ☒ E-mail

Signature: /s/ Jason M. Craig

2

700 Walnut, Ste. 1300
Des Moines, IA 50309
klgraham@nyemaster.com
bllong@nyemaster.com
dhempy@nyemaster.com
ATTORNEYS FOR COUNTERCLAIM
DEFENDANT DES MOINES
INDEPENDENT COMMUNITY
SCHOOL DISTRICT

Frank A. Taylor,
Conner R. Tieszen
LEWIS BRISBOIS BISGAARD &
SMITH LLP
Wells Fargo Center
90 S 7th St, Suite 2800
Minneapolis, MN 55402
Telephone:  (612) 428-5040
Frank.Taylor@lewisbrisbois.com
Conner.Tieszen@lewisbrisbois.com
ATTORNEYS FOR THIRD-PARTY
DEFENDANT BAKER-EUBANKS,
INC.

4904-1821-0487-2\10390-408