**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| DES MOINES INDEPENDENT COMMUNITY SCHOOL DISTRICT,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>ONE-FOURTH CONSULTING, LLC d/b/a JG CONSULTING,<br><br>Defendant/Counterclaim Plaintiff. | CASE NO. 4:25-cv-0430-RGE-HCA |
| ONE-FOURTH CONSULTING, LLC d/b/a JG CONSULTING,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>BAKER-EUBANKS, INC.,<br><br>Third-Party Defendant. | **NOTICE OF OPPOSED MOTION AND OPPOSED MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. §§ 1404(a) FILED BY THIRD-PARTY DEFENDANT BAKER-EUBANKS, INC.**<br><br>***Oral Argument Requested*** |

Pursuant to 28 U.S.C. §§ 1404(a), Third-Party Defendant Baker-Eubanks, Inc. ("BEI") moves the Court for an Order:

(i) Transferring this litigation from the United States District Court for the Central Division of the Southern District of Iowa to either the Eastern Division or Western Division of the Southern District of Iowa or the United States District Court for the Eastern District of Texas;

(ii) Staying the briefing on this Motion until June 1, 2027, in accordance with the Court's June 3, 2026, Order (ECF No. 61);

(iii) Directing that discovery may be taken on this Motion in accordance with the schedule set by the Court's June 3, 2026, Order (ECF No. 61);

(iv) Ordering the parties to advise the Court by June 1, 2027, whether this Motion should be heard or withdrawn after discovery has been taken; and

(v) Setting the Motion for hearing at the final pretrial conference.

Pursuant to 28 U.S.C. § 1404(a), BEI brings this Motion, in good faith, on the following grounds:

(i) This action arises from the highly publicized controversy surrounding former Des Moines Independent Community School District Superintendent Ian Andre Roberts ("Roberts").

(ii) Given the extensive media coverage and public scrutiny of the controversy and the School District's prominence within the community, BEI has grave concerns regarding the ability to empanel a fair and impartial jury in the Central Division.

a. For example, Roberts' counsel publicly noted that he had received calls from "judges" in support of Roberts.

b. Comments have been made about the impact upon the "taxpayers."

(iii) BEI raises this issue now because motions to transfer under 28 U.S.C. § 1404 should be filed with reasonable promptness once the grounds for transfer become apparent. See *McGraw-Edison Co. v. Van Pelt*, 350 F.2d 361, 363 (8th Cir. 1965); *Zimmer, Inc. v. Zimmer Medizinsystems AG*, No. 3:19-CV-405-DRL-MGG, 2022 WL 21697168, at *2 (N.D. Ind. Dec. 5, 2022).

(iv) At the same time, BEI recognizes that the Court's venue determination will benefit from a more fully developed factual record concerning juror exposure to publicity, community sentiment, and the ability to seat an impartial jury.

(v) Courts have recognized that where concerns exist regarding the impact of pretrial publicity, a court may appropriately reserve ruling on a transfer request until additional information concerning juror prejudice becomes available. *See, e.g.*, *Hanning v. New England Mut. Life Ins. Co.*, 710 F. Supp. 213, 215 (S.D. Ohio 1989); *Polk County, Iowa v. Populous, Inc. v. HKS, Inc.*, No. 4:11-cv-00235, 2011 WL 13233189, at *2 (S.D. Iowa Oct. 25, 2011).

(vi) Consistent with those principles, BEI intends to develop the record regarding juror exposure, community attitudes, and the potential impact of pretrial publicity on the jury pool.

(vii) A more complete record will place the Court in the best position to determine whether transfer is necessary to ensure a fair trial before an impartial jury.

(viii) BEI brings this Motion in good faith and at the earliest practicable opportunity to preserve its request for transfer and place the Court and the parties on notice of substantial concerns regarding the ability to empanel an impartial jury in the Central Division due to the extraordinary pretrial publicity surrounding the controversy giving rise to this litigation.

**WHEREFORE**, Third-Party Defendant Baker-Eubanks, Inc. respectfully requests that the Court enter an Order:

(i) Transferring this litigation from the United States District Court for the Central Division of the Southern District of Iowa to either the Eastern Division or Western

Division of the Southern District of Iowa or the United States District Court for the Eastern District of Texas;

(ii) Staying the briefing on this Motion until June 1, 2027, in accordance with the Court's June 3, 2026, Order (ECF No. 61);

(vi) Directing that discovery may be taken on this Motion in accordance with the schedule set by the Court's June 3, 2026, Order (ECF No. 61);

(vii) Ordering the parties to advise of the Court by June 1, 2027, whether this Motion should be heard or withdrawn after discovery has been taken; and

(viii) If the Motion is to be heard, setting the Motion for hearing at the final pretrial conference.

BEI respectfully requests oral argument on this Motion. Good cause exists because the Motion raises significant questions concerning pretrial publicity, juror impartiality, and the appropriate venue for trial. An oral hearing will permit the parties to address the evidentiary record concerning publicity surrounding this matter and assist the Court in determining the appropriate course of action.

Dated August 14, 2026

*/s/ Aiyana M. Davis*
Frank A. Taylor, IA #AT0005489 / AT0016333
Conner R. Tieszen, IA #AT0014987
Aiyana M. Davis (admitted *Pro Hac Vice*)
LEWIS BRISBOIS BISGAARD & SMITH LLP
90 S. 7th Street, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 428-5000
Facsimile: (612) 428-5001
Email: Frank.Taylor@lewisbrisbois.com
Conner.Tieszen@lewisbrisbois.com
Aiyana.Davis@lewisbrisbois.com

*Attorneys for Baker-Eubanks, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 14, 2026, a copy of the foregoing was electronically filed with the Clerk of Court. All parties of record registered with the CM/ECF filing system will receive notification of such filing through CM/ECF, and they will also be provided to the individuals listed below via electronic mail:

Thomas J. Joensen, AT0003868
Tyler R. Smith, AT0013123
Alexander G. Scanlon, AT0016158
Gordan Rees Scully Mansukhani
1701 Ruan Center
666 Grand Avenue
Telephone: (515) 204-2845
Fax: (515) 724-5801
tjoensen@grsm.com
trsmith@grsm.com
ascanlon@grsm.com

Jason M. Craig (AT0001707)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
Telephone: 515/243-7611
Facsimile: 515/243-2149
jcraig@ahlerslaw.com

Mark W. Thomas, AT0007832
Benjamin T. Erickson, AT0012927
Grefe & Sidney, P.L.C.
500 E. Court Ave., Ste. 200
Des Moines, IA 50309
Telephone: 515/245-4300
Fax: 515/245-4452
mthomas@grefesidney.com
berickson@grefesidney.com
ascanlon@grsm.com

*Attorneys for Defendant/Third-Party Plaintiff One-Fourth Consulting, LLC d/b/a JG Consulting*

Katie L. Graham
Briana L. Long
Dana W. Hempy
Nyemaster Goode, P.C.
700 Walnut, Ste. 1300
Des Moines, IA 50309
Telephone: (515) 283-3100
Fax: (515) 283-8045
klgraham@nyemaster.com
bllong@nyemaster.com
dhempy@nyemaster.com

*Attorneys for Plaintiff/Counterclaim Defendant Des Moines Independent Community School District*

*/s/ Aiyana M. Davis*
Aiyana M. Davis