**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| DES MOINES INDEPENDENT COMMUNITY SCHOOL DISTRICT,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>ONE-FOURTH CONSULTING, LLC d/b/a JG CONSULTING,<br><br>Defendant/Counterclaim Plaintiff. | Case No. 4:25-cv-0430-RGE-HCA |
| ONE-FOURTH CONSULTING, LLC d/b/a JG CONSULTING,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>BAKER-EUBANKS, INC,<br><br>Third-Party Defendant. | |

**[PROPOSED] ORDER TAKING UNDER ADVISEMENT**
**THIRD-PARTY DEFENDANT'S**
**MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

Before the Court is the 28 U.S.C. §§ 1404(a) Motion to Transfer Venue brought by Third-Party Defendant Baker-Eubanks, Inc.

The Court finds that Baker-Eubanks, Inc. timely raised and filed its Motion to Transfer Venue and that Baker-Eubanks, Inc. has preserved its right to have the transfer issue heard at the final pretrial conference.

The Court notes that the law is unclear as to when such a Motion should be brought. *Compare American Standard, Inc. v. Bendix Corp.*, 487 F. Supp. 254, 261 (W.D. Mo. 1980)

(“Section 1404(a) sets no time limit on when a motion to transfer can be made.”), *with McGraw-Edison Co.*, 350 F.2d at 363 (a motion may be denied where substantial preparation for trial has already occurred in the selected forum, and the request is unduly delayed), *and U.S. v. Blom*, 242 F.3d 799, 804 (8th Cir. 2001).

**IT IS HEREBY ORDERED**

1. Third-Party Defendant Baker-Eubanks, Inc.’s Motion to Transfer Venue is TAKEN UNDER ADVISEMENT.
2. The parties shall develop a record, as necessary, regarding juror exposure to pretrial publicity, community sentiment, and other matters relevant to the venue analysis and whether a fair and impartial jury can be impaneled.
3. At or before the pretrial conference, Third-Party Defendant Baker-Eubanks, Inc. may submit such additional evidence and argument as appropriate concerning the requested transfer of venue.
4. The Court shall set a briefing schedule to hear arguments and consider evidence at the appropriate time.
5. The Court will determine the Motion upon consideration of the fully developed record and such further proceedings as necessary.

**IT IS SO ORDERED.**

**By the Court:**

Dated: ______________________________________