**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| DES MOINES INDEPENDENT COMMUNITY SCHOOL DISTRICT,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>ONE-FOURTH CONSULTING, LLC d/b/a JG CONSULTING,<br><br>Defendant/Counterclaim Plaintiff. | Case No. 4:25-cv-0430-RGE-HCA |
| ONE-FOURTH CONSULTING, LLC d/b/a JG CONSULTING,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>BAKER-EUBANKS, INC,<br><br>Third-Party Defendant. | |

**AFFIDAVIT OF KIM COCKERHAM**

I, Kim Cockerham, state and declare that if I were called to testify, I would testify as follows:

1. I am, and at all times material herein was, the President and Chief Executive Officer of Third-Party Defendant Baker-Eubanks, Inc.

2. I submit this Affidavit in support of the Opposed Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a)-(b) brought by Baker-Eubanks, Inc.

3. Except as noted, the Exhibits attached hereto are true and correct copies of the business records of Baker-Eubanks, Inc. that were prepared or received by Baker-Eubanks, Inc. and are maintained in the ordinary course of the business of Baker-Eubanks, Inc. I am the ultimate custodian of these records.

4. Attached hereto as **Exhibit A** and incorporated herein by this reference is a true and correct copy of email submissions from the general public regarding the Background Screening Report of Ian Andre Roberts.

5. Attached hereto as **Exhibit B** and incorporated herein by this reference is a true and correct transcription of three voicemails left by the general public regarding the Background Screening Report of Ian Andre Roberts.

FURTHER AFFIANT SAYETH NOT.

Dated: ____________________ ________________________________________

Kim Cockerham
President and CEO
Baker-Eubanks, Inc.

STATE OF NEW JERSEY

COUNTY OF ESSEX

On this ___, day of August ____, 2026, Ms. Kim Cockerham appeared before me and stated that (i) she makes this Affidavit of her own volition; (ii) the facts stated in this Affidavit are, to the best of her knowledge and belief, true and correct; (iii) she makes this Affidavit as the president of Baker-Eubanks, Inc. and not in her individual capacity; and (iv) the statements that she has made in the Affidavit are based upon the documents and information currently available to her.

WITNESS MY HAND AND OFFICIAL SEAL

________________________________

Notary Public

My Commission Expires: ______________________________