# EXHIBIT A

# PLACEHOLDER