# EXHIBIT B

# PLACEHOLDER