**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| DES MOINES INDEPENDENT COMMUNITY SCHOOL DISTRICT,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>ONE-FOURTH CONSULTING, LLC d/b/a JG CONSULTING,<br><br>Defendant/Counterclaim Plaintiff. | Case No. 4:25-cv-0430-RGE-HCA |
| ONE-FOURTH CONSULTING, LLC d/b/a JG CONSULTING,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>BAKER-EUBANKS, INC,<br><br>Third-Party Defendant. | |

**DECLARATION OF AIYANA M. DAVIS**

I, Aiyana M. Davis, Esq., declare as follows:

1. I am an attorney at Lewis Brisbois Bisgaard & Smith, and I am one of the counsel for Third-Party Defendant Baker-Eubanks, Inc. in the above-referenced matter.

2. I submit this Declaration in relation to Baker-Eubanks, Inc.'s Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a)-(b).

3. Attached hereto as **Exhibit 1** and incorporated herein by this reference is a true and correct copy of the webpage entitled Redacted [redacted]

4. Attached hereto as **Exhibit 2** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

5. Attached hereto as **Exhibit 3** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

6. Attached hereto as **Exhibit 4** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

7. Attached hereto as **Exhibit 5** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

8. Attached hereto as **Exhibit 6** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

9. Attached hereto as **Exhibit 7** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

10. Attached hereto as **Exhibit 8** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

11. Attached hereto as **Exhibit 9** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

12. Attached hereto as **Exhibit 10** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

13. Attached hereto as **Exhibit 11** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

14. Attached hereto as **Exhibit 12** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

15. Attached hereto as **Exhibit 13** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

16. Attached hereto as **Exhibit 14** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

17. Attached hereto as **Exhibit 15** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

18. Attached hereto as **Exhibit 16** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

19. Attached hereto as **Exhibit 17** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

20. Attached hereto as **Exhibit 18** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

21. Attached hereto as **Exhibit 19** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

22. Attached hereto as **Exhibit 20** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

23. Attached hereto as **Exhibit 21** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

24. Attached hereto as **Exhibit 22** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

25. Attached hereto as **Exhibit 23** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

26. Attached hereto as **Exhibit 24** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

27. Attached hereto as **Exhibit 25** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

28. Attached hereto as **Exhibit 26** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

29. Attached hereto as **Exhibit 27** and incorporated herein by this reference is a true and correct copy of the FRedacted [redacted]

30. Attached hereto as **Exhibit 28** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

31. Attached hereto as **Exhibit 29** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

32. Attached hereto as **Exhibit 30** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

33. Attached hereto as **Exhibit 31** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

34. Attached hereto as **Exhibit 32** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

35. Attached hereto as **Exhibit 32** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

36. Attached hereto as **Exhibit 34** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

37. Attached hereto as **Exhibit 35** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

38. Attached hereto as **Exhibit 35** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

39. Attached hereto as **Exhibit 37** and incorporated herein by this reference is a true and correct copy of the [redacted]

40. Attached hereto as **Exhibit 38** and incorporated herein by this reference is a true and correct copy of the [redacted]

41. Attached hereto as **Exhibit 39** and incorporated herein by this reference is a true and correct copy of the [redacted]

42. Attached hereto as **Exhibit 40** and incorporated herein by this reference is a true and correct copy of the [redacted]

43. Attached hereto as **Exhibit 41** and incorporated herein by this reference is a true and correct copy of the [redacted]

44. Attached hereto as **Exhibit 42** and incorporated herein by this reference is a true and correct copy of the [redacted]

45. Attached hereto as **Exhibit 43** and incorporated herein by this reference is a true and correct copy of the [redacted]

46. Attached hereto as **Exhibit 44** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

47. Attached hereto as **Exhibit 45** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

48. Attached hereto as **Exhibit 46** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

49. Attached hereto as **Exhibit 47** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

50. Attached hereto as **Exhibit 48** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

51. Attached hereto as **Exhibit 49** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

52. Attached hereto as **Exhibit 50** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

53. Attached hereto as **Exhibit 51** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

54. Attached hereto as **Exhibit 52** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

55. Attached hereto as **Exhibit 53** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

56. Attached hereto as **Exhibit 54** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

57. Attached hereto as **Exhibit 55** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

58. Attached hereto as **Exhibit 56** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

59. Attached hereto as **Exhibit 57** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

60. Attached hereto as **Exhibit 58** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

61. Attached hereto as **Exhibit 59** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

62. Attached hereto as **Exhibit 60** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

63. Attached hereto as **Exhibit 61** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

64. Attached hereto as **Exhibit 62** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

65. Attached hereto as **Exhibit 63** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

66. Attached hereto as **Exhibit 64** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

67. Attached hereto as **Exhibit 65** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

68. Attached hereto as **Exhibit 66** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

69. Attached hereto as **Exhibit 67** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

70. Attached hereto as **Exhibit 68** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

71. Attached hereto as **Exhibit 69** is a true and correct copy the Redacted [redacted]

72. Attached hereto as **Exhibit 70** is a true and correct copy of a the Redacted [redacted]

73. Attached hereto as **Exhibit 71** is a true and correct copy of the Redacted [redacted]

74. Attached hereto as **Exhibit 72** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

75. Attached hereto as **Exhibit 73** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

76. Attached hereto as **Exhibit 74** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

77. Attached hereto as **Exhibit 75** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

78. Attached hereto as **Exhibit 76** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

79. Attached hereto as **Exhibit 77** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

80. Attached hereto as **Exhibit 78** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

81. Attached hereto as **Exhibit 79** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

82. Attached hereto as **Exhibit 80** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

83. Attached hereto as **Exhibit 81** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

84. Attached hereto as **Exhibit 82** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

85. Attached hereto as **Exhibit 83** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

86. Attached hereto as **Exhibit 84** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

87. Attached hereto as **Exhibit 85** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

88. Attached hereto as **Exhibit 86** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

89. Attached hereto as **Exhibit 87** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

90. Attached hereto as **Exhibit 88** and incorporated herein by this reference is a true and correct copy of the Redacted [redacted]

I declare under penalty of perjury under the laws of Iowa and of the United States of America that foregoing is true and correct.

Date: August 14, 2026

*<u>/s/ Aiyana M. Davis</u>*
Aiyana M. Davis