# EXHIBIT 1
# PLACEHOLDER