# EXHIBIT 2
# PLACEHOLDER