# EXHIBIT 3
# PLACEHOLDER