# EXHIBIT 4
# PLACEHOLDER