# EXHIBIT 5
# PLACEHOLDER