# EXHIBIT 6
# PLACEHOLDER