# EXHIBIT 7
# PLACEHOLDER