# EXHIBIT 8
# PLACEHOLDER