# EXHIBIT 9
# PLACEHOLDER