# EXHIBIT 10
# PLACEHOLDER