# EXHIBIT 11
# PLACEHOLDER