# EXHIBIT 12
# PLACEHOLDER