# EXHIBIT 13
# PLACEHOLDER