# EXHIBIT 14
# PLACEHOLDER