# EXHIBIT 15
# PLACEHOLDER