# EXHIBIT 16
# PLACEHOLDER