# EXHIBIT 17
# PLACEHOLDER