# EXHIBIT 18
# PLACEHOLDER