# EXHIBIT 19 PLACEHOLDER