# EXHIBIT 20
# PLACEHOLDER