# EXHIBIT 21
# PLACEHOLDER