# EXHIBIT 22
# PLACEHOLDER