# EXHIBIT 24
# PLACEHOLDER