# EXHIBIT 26
# PLACEHOLDER