# EXHIBIT 27
# PLACEHOLDER