# EXHIBIT 28
# PLACEHOLDER