# EXHIBIT 29
# PLACEHOLDER