# EXHIBIT 30
# PLACEHOLDER