# EXHIBIT 31 PLACEHOLDER