# EXHIBIT 32
# PLACEHOLDER