# EXHIBIT 33
# PLACEHOLDER