# EXHIBIT 34
# PLACEHOLDER