# EXHIBIT 35
# PLACEHOLDER