# EXHIBIT 36
# PLACEHOLDER