# EXHIBIT 37
# PLACEHOLDER