# EXHIBIT 38
# PLACEHOLDER