# EXHIBIT 39
# PLACEHOLDER