# EXHIBIT 40
# PLACEHOLDER