# EXHIBIT 41
# PLACEHOLDER