# EXHIBIT 42
# PLACEHOLDER