# EXHIBIT 43
# PLACEHOLDER