# EXHIBIT 44
# PLACEHOLDER