# EXHIBIT 45
# PLACEHOLDER