# EXHIBIT 46
# PLACEHOLDER