# EXHIBIT 47
# PLACEHOLDER