# EXHIBIT 48
# PLACEHOLDER