# EXHIBIT 49
# PLACEHOLDER