# EXHIBIT 50
# PLACEHOLDER