# EXHIBIT 51
# PLACEHOLDER