# EXHIBIT 52
# PLACEHOLDER