# EXHIBIT 53
# PLACEHOLDER