# EXHIBIT 54 PLACEHOLDER