# EXHIBIT 55
# PLACEHOLDER