# EXHIBIT 56
# PLACEHOLDER