# EXHIBIT 57
# PLACEHOLDER