# EXHIBIT 58
# PLACEHOLDER