# EXHIBIT 59
# PLACEHOLDER