# EXHIBIT 60
# PLACEHOLDER