# EXHIBIT 61
# PLACEHOLDER