# EXHIBIT 62
# PLACEHOLDER