# EXHIBIT 63
# PLACEHOLDER