# EXHIBIT 64
# PLACEHOLDER