# EXHIBIT 65
# PLACEHOLDER