# EXHIBIT 66 PLACEHOLDER