# EXHIBIT 67
# PLACEHOLDER