# EXHIBIT 68
# PLACEHOLDER