# EXHIBIT 69 PLACEHOLDER