# EXHIBIT 70
# PLACEHOLDER