# EXHIBIT 71
# PLACEHOLDER