# EXHIBIT 72
# PLACEHOLDER