# EXHIBIT 73
# PLACEHOLDER