# EXHIBIT 74
# PLACEHOLDER