# EXHIBIT 75
# PLACEHOLDER