# EXHIBIT 76
# PLACEHOLDER