# EXHIBIT 77
# PLACEHOLDER