# EXHIBIT 78
# PLACEHOLDER