# EXHIBIT 79
# PLACEHOLDER