# EXHIBIT 80
# PLACEHOLDER