# EXHIBIT 81
# PLACEHOLDER