# EXHIBIT 82
# PLACEHOLDER