# EXHIBIT 83
# PLACEHOLDER