# EXHIBIT 84
# PLACEHOLDER