# EXHIBIT 85
# PLACEHOLDER