# EXHIBIT 86
# PLACEHOLDER