# EXHIBIT 87
# PLACEHOLDER