# EXHIBIT 88
# PLACEHOLDER