**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| DES MOINES INDEPENDENT COMMUNITY SCHOOL DISTRICT,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>ONE-FOURTH CONSULTING, LLC d/b/a JG CONSULTING,<br><br>Defendant/Counterclaim Plaintiff/ Third-Party Plaintiff<br><br>v.<br><br>BAKER-EUBANKS, INC.,<br><br>Third-Party Defendant. | CASE NO. 4:25-CV-00430-RGE-HCA<br><br>**JOINT STATUS REPORT** |

Plaintiff Des Moines Independent Community School District (the “District”), Defendant One-Fourth Consulting, LLC d/b/a JG Consulting (“JG Consulting”), and Third-Party Defendant Baker-Eubanks, Inc. (“Baker-Eubanks”), pursuant to the Court’s December 11, 2025 Order Setting Status Conferences, have conferred and submit the following topics for discussion at the August 27, 2026 status conference:

1. **The District’s Topics.** The District would like to discuss the following topics:

- Baker-Eubank’s August 14, 2026, Motion to Transfer Venue (ECF No. 83), the request to stay briefing on the motion, and the deadline for responses from the other parties; and

- The status of JG Consulting's responses to the District's discovery requests and the impact on the District's current October 2, 2026, expert witness deadline.

2. **Baker-Eubanks' Topics.** Baker-Eubanks would like to discuss the following topics:

- JG Consulting's failure to timely provide discovery responses; and
- Whether the Court would like to be apprised of the parties' ADR efforts.

*/s/ Thomas J. Joensen*
Thomas J. Joensen AT0003868
Tyler R. Smith AT0013123
GORDON REES SCULLY MANSUKHANI
1701 Ruan Center
666 Grand Avenue
Telephone: (515) 204-2845
Facsimile: (515) 724-5801
tjoensen@grsm.com
trsmith@grsm.com

Mark W. Thomas, AT0007832
Benjamin T. Erickson, AT0012927
GREGE & SIDNEY, P.L.C.
500 E. Court Ave., Ste. 200
Des Moines, IA
50309 Phone: 515/245-4300
Fax: 515/245-4452
mthomas@grefesidney.com
berickson@grefesidney.com

Joshua A. Romero
Sean F. Gallagher
JACKSON WALKER, LLP
100 Congress Avenue, Suite 1100
Austin, Texas 78701
Telephone: (512) 236-2000
Fax: (512) 236-2002
jromero@jw.com
sgallagher@jw.com
ATTORNEYS FOR DEFENDANT / COUNTERCLAIM PLAINTIFF / THIRD-PARTY PLAINTIFF ONE-FOURTH CONSULTING, LLC

*/s/ Jason M. Craig*
Jason M. Craig (AT0001707)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
Telephone: 515/243-7611
Facsimile: 515/243-2149
jcraig@ahlerslaw.com

Katie L. Graham
Briana L. Long
Dana W. Hempy
NYEMASTER GOODE, P.C.
700 Walnut, Ste. 1300
Des Moines, IA 50309
Telephone: (515) 283-3100
Facsimile: (515) 283-8045
klgraham@nyemaster.com
bllong@nyemaster.com
dhempy@nyemaster.com
ATTORNEYS FOR PLAINTIFF / COUNTERCLAIM DEFENDANT DES MOINES INDEPENDENT COMMUNITY SCHOOL DISTRICT

*/s/ Conner R. Tieszen*
Frank A. Taylor, AT0005489
Conner R. Tieszen, AT0014987
Aiyana M. Davis (admitted *Pro Hac Vice*)
LEWIS BRISBOIS BISGAARD & SMITH LLP
90 S. 7th Street, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 428-5000
Facsimile: (612) 428-5001
Frank.Taylor@lewisbrisbois.com
Conner.Tieszen@lewisbrisbois.com
Aiyana.Davis@lewisbrisbois.com
ATTORNEY FOR THIRD-PARTY DEFENDANT BAKER-EUBANKS, INC.

4938-4730-9770-1\10390-408